1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
DANTON D. DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-CR-0032-EFB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION TO SET FOR CHANGE OF |
| v. | ) PLEA |
| | ) |
| DANTON D. DIAZ, | ) |
| | ) Date: April 23, 2012 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicholas M. Fogg, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DANTON D. DIAZ, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing set for March 26, 2012 at 10:00 a.m., and vacate the jury trial on April 17, 2012 at 9:30 a.m., and set a change of plea hearing for April 23, 2012 at 10:00 a.m.

Dated: March 21, 2012
DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DANTON D. DIAZ

/s/ David J. Gallegos
DAVID J. GALLEGOS
Certified Student Attorney

Dated: March 21, 2012
BENJAMIN B. WAGNER
United States Attorney

/s/ Nicholas M. Fogg
NICHOLAS M. FOGG
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 22, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE